IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JENNIFER ROBINSON, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. H-08-2872 |
| GENERAL MOTORS CORPORATION, | § |
| Defendant. | § |

## ORDER OF DISMISSAL

Defendant, General Motors Corporation filed a petition in the United States Bankruptcy Court for the Southern District of New York as Case No. 09-50026 (REG) on June 1, 2009. A petition filed under 11 U.S.C. §§ 301, *et seq.,* operates as a stay of the continuation of a judicial proceeding against the debtor that was commenced before the initiation of the bankruptcy proceeding. 11 U.S.C. § 362(a)(1). Accordingly, this case is dismissed without prejudice. Plaintiff may reinstate this case upon notice to this court of the discontinuance of the stay pursuant to 11 U.S.C. § 362(c)(2), provided such notice is filed within 30 days after the bankruptcy stay is discontinued.

SIGNED on June 16, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge